1  Jason O. Runckel, Esq. (California SBN: 198361)
2  Thomas M. O'Connor, Esq. (California SBN: 172236)
   William D. O'Malley, Esq. (California SBN: 129605)
3  O'CONNOR, RUNCKEL & O'MALLEY LLP
   1277 Treat Boulevard, Suite 810
4  Walnut Creek, CA 94597
   Telephone: (925) 939-5600
5  Facsimile: (925) 939-5602
6
   Attorneys for Plaintiff, Jane Doe
7
8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 JANE DOE,                          Case No. CV 13-00745 JSW
12         Plaintiff,                 STIPULATION AND [PROPOSED]
13    v.                              ORDER SELECTING ADR PROCESS
14 WASHINGTON TOWNSHIP HEALTHCARE
   DISTRICT, WASHINGTON HOSPITAL, JON
15 QUIANZON and ROES 1 to 25, inclusive,
16
           Defendants.
17
18      Counsel report that they have met and conferred regarding ADR and have reached the

19 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

20      The parties agree to participate in the following ADR process:

21 **Court Processes:**

22 ____   Non-binding Arbitration (ADR L.R. 4)
23
24 ____   Early Neutral Evaluation (ENE) (ADR L.R. 5)
25 ____   Mediation (ADR L.R. 6)
26 **Private Process:**
27 _x__   Private ADR to be determined
28

LAW OFFICES
O'CONNOR, RUNCKEL & O'MALLEY LLP
1277 Treat Blvd., Suite 810
Walnut Creek, California 94597

1   The parties agree to hold the ADR session by:

2   ☒   the presumptive deadline *(The deadline is 90 days from the date of the order*

3   *referring the case to an ADR process unless otherwise ordered.)*

4

5   ___   other requested deadline _____

6

7   Dated: 6|7___, 2013                    O'CONNOR, RUNCKEL & O'MALLEY

8

9                                          _____

10                                         By:  Jason O. Runckel
                                           Attorney for Plaintiff, Jane Doe

11

12  Dated: _____, 2013                 GALLOWAY, LUCCHESE, ET.AL.

13

14                                         _____
                                           By:  Aaron T. Schultz
15                                         Attorney for Defendant, Washington
                                           Township Healthcare District (sued herein as
16                                         Washington Hospital)

17

18  [~~PROPOSED~~] ORDER

19  ___   The parties' stipulation is adopted and IT IS SO ORDERED.

20  ___   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

21

22

23

24  Dated: _____            _____

25                                         United States Magistrate Judge

26

27

28

O'CONNOR, RUNCKEL & O'MALLEY LLP
LAW OFFICES
1277 TREAT BLVD., SUITE 810
WALNUT CREEK, CALIFORNIA 94597

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS
2

1   The parties agree to hold the ADR session by:

2   _x_   the presumptive deadline *(The deadline is 90 days from the date of the order*

3   *referring the case to an ADR process unless otherwise ordered.)*

4   ___   other requested deadline _____

5

6

7   Dated: June 7, 2013                          O'CONNOR, RUNCKEL & O'MALLEY

8

9                                                _____

10                                               By:  Jason O. Runckel
                                                 Attorney for Plaintiff, Jane Doe

11

12  Dated: June 7, 2013                          GALLOWAY, LUCCHESE, ET.AL.

13

14                                               _____
                                                 By:  Aaron T. Schultz

15                                               Attorney for Defendant, Washington
                                                 Township Healthcare District (sued herein as

16                                               Washington Hospital)

17

18  [PROPOSED] ORDER

19      X      The parties' stipulation is adopted and IT IS SO ORDERED.

20      ___    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

21

22

23                                               _____
    Dated:  June 10, 2013
24                                               United States District Court Judge

25

26

27

28