Jason O. Runckel, Esq. (California SBN: 198361)
Thomas M. O'Connor, Esq. (California SBN: 172236)
William D. O'Malley, Esq. (California SBN: 129605)
O'CONNOR, RUNCKEL & O'MALLEY LLP
1277 Treat Boulevard, Suite 810
Walnut Creek, CA 94597
Telephone: (925) 939-5600
Facsimile: (925) 939-5602

Attorneys for Plaintiff, Jane Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON TOWNSHIP HEALTHCARE DISTRICT, WASHINGTON HOSPITAL, JON QUIANZON and ROES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No. CV 13-00745 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

\_\_\_　　Non-binding Arbitration (ADR L.R. 4)

\_\_\_　　Early Neutral Evaluation (ENE) (ADR L.R. 5)

\_\_\_　　Mediation (ADR L.R. 6)

**Private Process:**

_x_　　Private ADR to be determined

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
1

The parties agree to hold the ADR session by:

    X    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ___    other requested deadline _____

Dated: 6|7 , 2013          O'CONNOR, RUNCKEL & O'MALLEY

_____
By: Jason O. Runckel
Attorney for Plaintiff, Jane Doe

Dated: _____ , 2013          GALLOWAY, LUCCHESE, ET.AL.

_____
By: Aaron T. Schultz
Attorney for Defendant, Washington Township Healthcare District (sued herein as Washington Hospital)

## [~~PROPOSED~~] ORDER

    ___    The parties' stipulation is adopted and IT IS SO ORDERED.

    ___    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____

_____
United States Magistrate Judge

The parties agree to hold the ADR session by:

_x_ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

___ other requested deadline _____

Dated: June 7, 2013                                    O'CONNOR, RUNCKEL & O'MALLEY

                                                       By: Jason O. Runckel
                                                       Attorney for Plaintiff, Jane Doe

Dated: June 7, 2013                                    GALLOWAY, LUCCHESE, ET.AL.

                                                       By: Aaron T. Schultz
                                                       Attorney for Defendant, Washington
                                                       Township Healthcare District (sued herein as
                                                       Washington Hospital)

[~~PROPOSED~~] ORDER

  X   The parties' stipulation is adopted and IT IS SO ORDERED.

 ___  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 10, 2013

                                                       _____
                                                       United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS
2