*E-Filed: December 20, 2013*

1 Jason O. Runckel, Esq. (California SBN: 198361)
Thomas M. O'Connor, Esq. (California SBN: 172236)
2 William D. O'Malley, Esq. (California SBN: 129605)
3 O'CONNOR, RUNCKEL & O'MALLEY LLP
1277 Treat Boulevard, Suite 810
4 Walnut Creek, CA 94597
Telephone: (925) 939-5600
5 Facsimile: (925) 939-5602
6
Attorneys for Plaintiff, Jane Doe
7
8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  JANE DOE, | Case No. CV 13-00745 HRL |
| 12        Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY |
| 13    v. | (SECOND REQUEST) |
| 14  WASHINGTON TOWNSHIP HEALTHCARE DISTRICT, WASHINGTON HOSPITAL, JON QUIANZON and ROES 1 to 25, inclusive, | |
| 15 | |
| 16 | |
| 17        Defendants. | |

18 **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY**
19 **(SECOND REQUEST)**

20 **STIPULATION**

21 Pursuant to LR 6.1(b) and 6.2, the parties, by and through their respective attorneys of

22 record, stipulate and agree that the existing discovery deadlines be extended 30 days in accordance

23 with the information set forth below.

24

25 **I.    Discovery Completed**

26 The parties have completed the following discovery:

27 - The parties have made initial disclosures pursuant to Fed. R. Civ. Proc. 26

28

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY (SECOND REQUEST)
1

- The parties have served and responded to written discovery.
- The parties have subpoenaed various custodians of records and have received responses to those subpoenas.
- The following depositions have been taken:
  - Jane Doe (Plaintiff)
  - Michael Platzbecker
  - Joanne Furlong
  - Hai Dang
  - Thao Moscheiti
  - Bryant Welch
  - Kadeer Halimi, M.D.
  - Gurpreet Singh
  - Fremont Police Officer, Ricardo Cortes
  - Fremont Police Officer (Ret.) Teresa Martniez
  - Bill Wescott
  - Joey Schreifer
  - Christopher Sato-Perry, Psy.D.
  - Kaveri Patel, M.D.

II. **Remaining Discovery**

- The following depositions remain:
  - Jon Quianzon – currently incarcerated and awaiting sentencing.
- Supplemental written discovery as needed
- The parties may need to issue additional subpoenas

- Any additional discovery the parties deem necessary within the scope of permissible discovery under the Federal Rules of Civil Procedure.

### III. Reasons Discovery Cannot Be Completed

The deposition of Jon Quianzon, currently housed at San Quentin Prison, Inmate No. AR3943, was originally scheduled to be held on December 19, 2013 at San Quentin Prison. Plaintiff's counsel spoke with Mr. Quianzon's criminal attorney, Frank Leidman, who informed him that Mr. Quianzon would not respond to any questions and would invoke his right under the Fifth Amendment. He requested that said deposition be postponed until after Mr. Quianzon is sentenced and the criminal matter is resolved. Mr. Quianzon is currently set for sentencing on the criminal case on December 23, 2013 in Alameda County.

Additional discovery may be required following the completion of the Mr. Quianzon's deposition and current discovery deadline does not allow enough time within which to complete it. Accordingly the parties stipulate and agree to continue discovery deadlines for 30 days to allow enough time to conduce any potential supplemental discovery.

### IV. Proposed Discovery Schedule

The parties stipulate and agree to the following 30 day extension of the existing Discovery and Expert Witness Cutoff dates:

|  | Current Date | Proposed Date |
|---|---|---|
| Fact Discovery Cutoff | December 2, 2013 | **February 3, 2014** |
| Designation of Experts with Reports | February 3, 2014 | **March 3, 2014** |
| Designation of Rebuttal Experts with Reports | March 4, 2014 | **April 4, 2014** |
| Expert Discovery Cutoff | April 4, 2014 | **May 5, 2014** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY (SECOND REQUEST)
3

| | | |
|---|---|---|
| Final Pretrial Conference | June 19, 2014 at 1:30 pm | June 19, 2014 at 1:30 pm |
| Jury Trial | | TBD |

Dated: December 18, 2013                O'CONNOR, RUNCKEL & O'MALLEY

_____
Jason O. Runckel
Attorney for Plaintiff, Jane Doe


Dated: December 18, 2013                GALLOWAY, LUCCHESE, EVERSON & PICCHI

_____
Martin J. Everson
Attorney for Defendant Washington Township Healthcare District

## ORDER

Pursuant to Stipulation it is so ORDERED that the Fact Discovery Cutoff and Expert Witness Disclosure/Discovery is hereby extended. The new dates are as follows:

| | |
|---|---|
| Fact Discovery Cutoff | February 3, 2014 |
| Designation of Experts with Reports | March 3, 2014 |
| Designation of Rebuttal Experts with Reports | April 4, 2014 |
| Expert Discovery Cutoff | May 5, 2014 |
| Final Pretrial Conference | June 19, 2014 at 1:30 pm |
| Jury Trial | TBD |

All other scheduled dates remain in place, including the last day for hearing dispositive motions on May 13, 2014.

Dated: 12/20/13

_____
Howard R. Lloyd
United States Magistrate Judge