*E-Filed: March 21, 2014*

MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: meverson@glattys.com

Attorneys for Defendant
WASHINGTON TOWNSHIP HEALTHCARE DISTRICT (sued herein as Washington Hospital)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHINGTON TOWNSHIP HEALTHCARE DISTRICT, WASHINGTON HOSPITAL, JON QUIANZON and ROES 1 to 25, inclusive,<br><br>    Defendants. | Case No. CV 13-00745 HRL<br><br>Hon. Howard R. Lloyd<br><br>**STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff JANE DOE and defendant WASHINGTON TOWNSHIP HEALTHCARE DISTRICT (also sued herein as Washington Hospital) hereby stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action in its entirety is hereby dismissed with prejudice, and that each party bears its own costs, expenses and attorneys' fees.

///

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

CV 13-00745 HRL: STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)

200-9364/MJE/686161.docx

IT IS SO STIPULATED.

Dated: February 1⁄, 2014

O'Connor, Runckel & O'Malley

By: _____
Jason Runckel, Esq.
Attorneys for Plaintiff
Jane Doe

Dated: February 27, 2014

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
MARTIN J. EVERSON, ESQ.
Attorneys for Defendant
WASHINGTON TOWNSHIP HEALTHCARE DISTRICT (also sued herein as Washington Hospital)

**PURSUANT TO STIPULATION, IT IS SO ORDERED. THE CLERK SHALL CLOSE THE FILE.**

Date: March 21, 2014

_____
HOWARD R. LLOYD
United States Magistrate Judge

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

CV 13-00745 HRL: STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)

200-9364/MJE/688161.docx